**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDDY TORRES, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
|     v. | : | |
| | : | NO. 14-2818 |
| CLEANNET, U.S.A., INC., et al., | : | |
|     Defendants. | : | |

## **ORDER**

**AND NOW**, this _4th___ day of ___November__, 2014, it is **ORDERED** that Plaintiff's Motion for Remand (ECF No. 19) is **DENIED**.

                                              s/Anita B. Brody

                                           _____
                                           ANITA B. BRODY, J.

Copies **VIA ECF** on ____ to:                      Copies **MAILED** on ____ to: