IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDY TORRES, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
|     v. | : | |
| | : | NO. 14-2818 |
| CLEANNET, U.S.A., INC., et al., | : | |
|     Defendants. | : | |

# ORDER

**AND NOW**, this _5th___ day of ___February_____, 2015, it is **ORDERED** that:

- The Motion to Stay Proceedings of Defendant MKH Services, Inc. d/b/a CleanNet of Philadelphia (ECF No. 12) and the Motion of Defendants CleanNet U.S.A., Inc. and CleanNet Systems of Pennsylvania, Inc. to Dismiss or Stay (ECF No. 13) are **GRANTED**.

- This action is **STAYED** in favor of arbitration, and the parties **must** follow the dispute resolution procedure in the Franchise Agreement, consisting first of mediation, and if that is unsuccessful, then individual arbitration.

- The parties **must** advise the Court of the status of this action upon completion of arbitration.

s/Anita B. Brody

_____

ANITA B. BRODY, J

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: